FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
MARY E. GREGORY, Cal. Bar No. 210247
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:    213.620.1398
Email:         ffalzetta@sheppardmullin.com
                  ssveslosky@sheppardmullin.com
                  mgregory@sheppardmullin.com

Attorneys for Plaintiffs
GENERAL INSURANCE COMPANY OF
AMERICA and SAFECO INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRENT CALVERT, an individual, MISTIE CALVERT, an individual, ROBBIE CALVERT, an individual, G.C., a minor, and A.S., a minor,<br><br>Defendants. | Case No. 1:23-CV-00269-JLT-SKO<br><br>**STIPULATION AND ORDER TO SET ASIDE ENTRIES OF DEFAULT AND TO EXTEND TIME FOR G.C. TO ANSWER PLAINTIFFS' COMPLAINT**<br><br>**(Doc. 20)** |

-1-
STIPULATION AND ORDER TO SET ASIDE DEFAULTS AND
EXTEND TIME FOR G.C. TO ANSWER COMPLAINT

1    WHEREAS, on February 22, 2023, Plaintiffs General Insurance Company of America and Safeco Insurance Company of America (collectively "Plaintiffs") filed a Complaint for Declaratory Relief against Defendants Trent Calvert, Mistie Calvert, Robbie Calvert, G.C. (collectively "the Calverts") and A.S.;

WHEREAS, on May 24, 2023, Plaintiffs requested that the Clerk enter Defaults in this matter against Trent Calvert, Robbie Calvert and Mistie Calvert because they had not timely responded to Plaintiffs' Complaint;

WHEREAS, on May 24, 2023, the Clerk entered defaults against Trent Calvert, Robbie Calvert and Mistie Calvert;

WHEREAS, Plaintiffs did not request that the Clerk enter a default against G.C. because she was, until recently, an unrepresented minor, but her response to Plaintiffs' Complaint is also overdue;

WHEREAS, Plaintiffs and the Calverts, through their respective counsel, wish to proceed with this litigation on the merits;

WHEREAS, Plaintiffs and Trent, Mistie and Robbie Calvert, by and through their respective counsel, hereby stipulate to set aside the entries of default against Trent, Mistie and Robbie Calvert and to allow Trent, Mistie and Robbie Calvert twenty (20) days to file their answers to Plaintiffs' Complaint from the date of this Court's order setting aside the defaults.

WHEREAS, Plaintiffs and G.C. hereby stipulate that G.C. may have twenty (20) days to file her answer to Plaintiffs' Complaint from the date of this Court's order extending her time to respond to Plaintiffs' Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

Dated: July 3, 2023

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By       */s/ Mary E. Gregory*
                                 FRANK FALZETTA
                                 SCOTT SVESLOSKY
                                 MARY E. GREGORY
                                 Attorneys for Plaintiffs
                               GENERAL INS. CO. OF AMERICA and
                                 SAFECO INS. CO. OF AMERICA

Dated: July 3, 2023

                MICHAEL S. WARDA, ESQ.,
                A Professional Law Corporation

                By       */s/ Michael S. Warda*
                              *(as authorized on July 3, 2023)*
                               MICHAEL S. WARDA
                               Attorneys for Defendants
                               TRENT CALVERT, MISTIE CALVERT,
                               ROBBIE CALVERT and G.C.

-3-
STIPULATION AND ORDER TO SET ASIDE DEFAULTS AND
EXTEND TIME FOR G.C. TO ANSWER COMPLAINT

**ORDER**

In view of the foregoing stipulation (Doc. 20), and for good cause shown, the defaults entered against Defendants Trent Calvert, Mistie Calvert and Robbie Calvert are SET ASIDE. Trent, Mistie and Robbie Calvert SHALL have twenty (20) days from the date of this Order to file and serve their Answers to Plaintiffs' Complaint.

The Court also grants Defendant G.C. an EXTENSION of time to answer Plaintiffs' Complaint. Defendant G.C. SHALL have twenty (20) days from the date of this Order to file and serve an Answer to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated:   **July 5, 2023**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE