FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
MARY E. GREGORY, Cal. Bar No. 210247
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email: ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com
mgregory@sheppardmullin.com

Attorneys for Plaintiffs
GENERAL INSURANCE COMPANY OF
AMERICA and SAFECO INSURANCE
COMPANY OF AMERICA

MATTHEW L. BREMONT, Cal. Bar No. 311957
SWEET JAMES, LLP
4220 Von Karman Ave., Suite 200
Newport Beach, CA 92660
Telephone: 949.644.1000
Facsimile: 949.644.1005
Email: matthewb@sweetjames.com
mlb-service@sweetjames.com

Attorneys for Defendant A.S.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TRENT CALVERT, an individual, MISTIE CALVERT, an individual, ROBBIE CALVERT, an individual, G.C., a minor, and A.S., a minor,<br><br>　　　　　Defendants. | Case No. 1:23-CV-00269-JLT-SKO<br><br>**STIPULATION AND ORDER TO APPOINT GUARDIAN *AD LITEM* FOR DEFENDANT A.S.**<br><br>[Filed concurrently with the Declaration of Terra Spindler]<br><br>**[Per the Honorable Judge Sheila Oberto's July 24, 2023 Minute Order (ECF 25)]**<br><br>**(Doc. 29)** |

-1-

SMRH:4865-4499-6210.1　　　　　　　　　　　　　　　　　　　　STIPULATION AND ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TO APPOINT GUARDIAN *AD LITEM* FOR A.S.

# **STIPULATION**

WHEREAS, on February 22, 2023, Plaintiffs General Insurance Company of America and Safeco Insurance Company of America (collectively "Plaintiffs") filed a Complaint for Declaratory Relief against Defendants Trent Calvert, Mistie Calvert, Robbie Calvert, G.C., a minor, and A.S., a minor;

WHEREAS, Defendant A.S. is a minor under the age of 18;

WHEREAS, on May 8, 2023, Plaintiffs effected service of the Complaint on defendant A.S.;

WHEREAS, on July 6, 2023, Plaintiffs filed their Motion to Appoint a Guardian *ad Litem* for Defendant A.S., because A.S. had not answered or otherwise responded to Plaintiffs' Complaint;

WHEREAS, on July 14, 2023, Defendant A.S. filed an Answer to Plaintiffs' Complaint, but did not seek the Appointment of a Guardian *ad Litem*;

WHEREAS, on July 24, 2023, the Honorable Sheila K. Oberto denied Plaintiffs' Motion to Appoint a Guardian *ad Litem* for A.S. without prejudice to allow the parties time to meet and confer regarding the appointment of a Guardian *ad Litem* for A.S.;

WHEREAS, Terra Spindler, A.S.' mother, is currently acting as A.S.' Guardian *ad Litem* in the underlying action giving rise to the Declaratory Relief Action;

WHEREAS, as set forth in the accompanying declaration, Terra Spindler is willing to act as A.S.' Guardian *ad Litem* in this Declaratory Relief Action until A.S. reaches the age of 18, and has consented to do so.

WHEREAS, Plaintiffs, A.S., and Terra Spindler, by and through their respective counsel, hereby stipulate to the appointment of Terra Spindler as Guardian *ad Litem* for A.S. in this matter until A.S. reaches the age of 18.

/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

Dated:  August 2, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Mary E. Gregory*
FRANK FALZETTA
SCOTT SVESLOSKY
MARY E. GREGORY
Attorneys for Plaintiffs
GENERAL INS. CO. OF AMERICA and
SAFECO INS. CO. OF AMERICA

Dated:  August 2, 2023

SWEET JAMES, LLP

By  */s/ Matthew L. Bremont*
*[as authorized on August 2, 2023]*
MATTHEW L. BREMONT
Attorneys for Defendant
A.S., a minor

### ORDER APPOINTING GUARDIAN *AD LITEM*

The Court, having considered the foregoing stipulation between the parties (Doc. 29) and the supporting Declaration of Terra Spindler (Doc. 29-1), and good cause appearing, hereby ORDERS that non-party Terra Spindler is appointed to serve as Guardian *ad Litem* for minor defendant A.S. in the above-captioned action until A.S. reaches the age of 18 pursuant to Federal Rule of Civil Procedure 17(c)(2).  *See* E.D. Cal. Local Rule 202(a).

IT IS SO ORDERED.

Dated:  **August 4, 2023**         */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE