FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
MARY E. GREGORY, Cal. Bar No. 210247
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
Email:        ffalzetta@sheppardmullin.com
                  ssveslosky@sheppardmullin.com
                  mgregory@sheppardmullin.com

Attorneys for Plaintiffs
GENERAL INSURANCE COMPANY OF
AMERICA and SAFECO INSURANCE
COMPANY OF AMERICA

MICHAEL S. WARDA, Cal. Bar No. 176360
MICHAEL S. WARDA
A Professional Law Corporation
2350 W. Monte Vista Ave.
Turlock, California 95382
Telephone:  209.667.1889
Facsimile:   209.667.1809
Email:        mike@wardalaw.com

Attorneys for Defendants Trent Calvert, Mistie Calvert, Robbie Calvert and G.C., a minor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,<br><br>                    Plaintiffs,<br><br>           v.<br><br>TRENT CALVERT, an individual, MISTIE CALVERT, an individual, ROBBIE CALVERT, an individual, G.C., a minor, and A.S., a minor,<br><br>                    Defendants. | Case No. 1:23-CV-00269-JLT-SKO<br><br>**STIPULATION AND ORDER TO APPOINT GUARDIAN *AD LITEM* FOR DEFENDANT G.C.**<br><br>**(Doc. 33)** |

SMRH:4873-8410-6109.1

-1-

STIPULATION AND ORDER
TO APPOINT GUARDIAN *AD LITEM* FOR G.C.

## **STIPULATION**

WHEREAS, on February 22, 2023, Plaintiffs General Insurance Company of America and Safeco Insurance Company of America (collectively "Plaintiffs") filed a Complaint for Declaratory Relief against Defendants Trent Calvert, Mistie Calvert, Robbie Calvert, G.C., a minor, and A.S., a minor;

WHEREAS, Defendant G.C. is a minor under the age of 18;

WHEREAS, on March 27, 2023, Plaintiffs effected service of the Complaint on defendant G.C.;

WHEREAS, on August 14, 2023, Plaintiffs filed their Motion to Appoint a Guardian *ad Litem* for Defendant G.C., because G.C. had not answered or otherwise responded to Plaintiffs' Complaint;

WHEREAS, on August 30, 2023, the Honorable Sheila K. Oberto denied Plaintiffs' Motion to Appoint a Guardian *ad Litem* for G.C. without prejudice to allow the parties time to meet and confer regarding the appointment of a Guardian *ad Litem* for G.C.;

WHEREAS, Mistie Calvert, G.C.'s mother, is currently acting as G.C.'s Guardian *ad Litem* in the underlying action giving rise to the Declaratory Relief Action;

WHEREAS, as set forth in the accompanying declaration, Mistie Calvert is willing to act as G.C.'s Guardian *ad Litem* in this Declaratory Relief Action and has consented to do so.

WHEREAS, Plaintiffs, G.C., and Mistie Calvert, by and through their respective counsel, hereby stipulate to the appointment of Mistie Calvert as Guardian *ad Litem* for G.C. in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: September 7, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Mary E. Gregory*
FRANK FALZETTA
SCOTT SVESLOSKY
MARY E. GREGORY
Attorneys for Plaintiffs
GENERAL INS. CO. OF AMERICA and
SAFECO INS. CO. OF AMERICA

Dated: September 7, 2023

MICHAEL S. WARDA, APLC

By   */s/ Michael S. Warda*
*[as authorized on September 7, 2023]*
MICHAEL S. WARDA
Attorneys for Defendant
G.C., a minor

## ORDER APPOINTING GUARDIAN *AD LITEM*

The Court, having considered the foregoing stipulation between the parties (Doc.33) and the supporting Declaration of Mistie Calvert (Doc. 33-1), and good cause appearing, hereby ORDERS that Mistie Calvert is appointed to serve as Guardian *ad Litem* for minor defendant G.C. in the above-captioned action pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* E.D. Cal. Local Rule 202(a).

IT IS SO ORDERED.

Dated:   **September 8, 2023**        */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE