FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
MARY E. GREGORY, Cal. Bar No. 210247
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
Email:        ffalzetta@sheppardmullin.com
              ssveslosky@sheppardmullin.com
              mgregory@sheppardmullin.com

Attorneys for Plaintiffs
GENERAL INSURANCE COMPANY OF
AMERICA and SAFECO INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRENT CALVERT, an individual, MISTIE CALVERT, an individual, ROBBIE CALVERT, an individual, G.C., a minor, and A.S., a minor,<br><br>Defendants. | Case No. 1:23-CV-00269-JLT-SKO<br><br>**STIPULATION TO ALLOW PLAINTIFFS GENERAL INSURANCE COMPANY OF AMERICA AND SAFECO INSURANCE COMPANY OF AMERICA TO FILE A FIRST AMENDED COMPLAINT; ORDER GRANTING STIPULATION AND CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 38) |

Plaintiffs, General Insurance Company of America ("General Insurance") and Safeco Insurance Company of America ("Safeco") and Defendants Trent Calvert, Mistie Calvert, Robbie Calvert and G.C., a minor (collectively "the Calverts") and A.S., a minor, through their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rules 143 and 220 as follows:

I.  **RECITALS**

**WHEREAS**:

1. General Insurance issued a homeowners policy to Mistie Calvert and Robbie Calvert for property they own in Dos Palos, California (the "General Insurance Policy"). Trent Calvert and G.C. are insureds under the General Insurance Policy.

2. Safeco Insurance Company of America issued an umbrella policy to Mistie Calvert and Robbie Calvert (the "Safeco Policy"). Trent Calvert and G.C. are insureds under the Safeco Policy.

3. On June 3, 2022, A.S. filed a lawsuit entitled *A.S., a minor, by and through her guardian ad litem, T.S., v. Trent Calvert, et al.*, in the Superior Court for the State of California, County of Merced, Case No. 22CV-01569 against the Calverts (the "Underlying Action"). In her Complaint, A.S. asserted claims arising out of personal injuries that she allegedly sustained while at the Calverts' home.

4. The Calverts tendered their defense of the Underlying Action to General Insurance and Safeco under their respective Policies. In response, General Insurance and Safeco declined to defend Trent Calvert. General Insurance agreed to defend Mistie and Robbie Calvert and G.C. in the Underlying Action, subject to a full and complete reservation of rights. Safeco declined to defend Mistie and Robbie Calvert and G.C.

5. On February 22, 2023, General Insurance and Safeco filed their Complaint commencing this Declaratory Relief Action. In the Complaint, General Insurance and Safeco seek, among other things, a ruling that they have no duty to defend or indemnify the Calverts against A.S.' claims in the Underlying Action. General Insurance also seeks

1  reimbursement or restitution from Mistie and Robbie Calvert and G.C. for all attorneys'
2  fees, disbursements and other costs it has paid to defend them in the Underlying Action.
3       6.    In their Complaint, General Insurance and Safeco briefly described the
4  claims that A.S. asserted against the Calverts in her original complaint in the Underlying
5  Action.  Safeco also attached a copy of A.S.' Complaint in the Underlying Action as
6  Exhibit "A" to its Complaint in this action.
7       7.    On or about March 22, 2023, A.S. filed a Second Amended Complaint in the
8  Underlying Action.
9       8.    As a result of A.S.' new Second Amended Complaint in the Underlying
10 Action, the Complaint that General Insurance and Safeco filed in this action no longer
11 addresses the pleading at issue in the Underlying Action.  General Insurance and Safeco
12 therefore seek to amend their Complaint in this Declaratory Relief Action.
13      9.    For the convenience of the Court, and pursuant to Local Rule 137(c),
14 General Insurance and Safeco attach the following to this Stipulation:
15      ●    Exhibit A:  The Proposed First Amended Complaint, with exhibits; and
16      ●    Exhibit B:  A redlined version of the Proposed First Amended Complaint
17           indicating all material additions and deletions.
18      10.    This Stipulation reflects the first time any party to this action has requested
19 leave to supplement the pleadings.  General Insurance's and Safeco's filing of the First
20 Amended Complaint will not affect any deadlines or dates, because the Scheduling
21 Conference in this matter has not yet taken place.  The Scheduling Conference will take
22 place on October 3, 2023.
23
24 **II.**    **<u>STIPULATION</u>**
25     **THE PARTIES STIPULATE**, subject to Court approval, that:
26      1.    General Insurance and Safeco may file their proposed First Amended
27 Complaint attached to this Stipulation as Exhibit "A"; and
28      2.    Defendants shall have twenty-one (21) days from the date that General

1 Insurance and Safeco file their First Amended Complaint to file their respective responsive
2 pleadings.

**IT IS SO STIPULATED.**

Dated:  September 29, 2023

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By      */s/ Mary E. Gregory*
                FRANK FALZETTA
                SCOTT SVESLOSKY
                MARY E. GREGORY
                Attorneys for Plaintiffs
                GENERAL INS. CO. OF AMERICA and
                SAFECO INS. CO. OF AMERICA

Dated:  September 29, 2023

                MICHAEL S. WARDA, APLC

                By      */s/ Michael S. Warda*
                *[as authorized on September 29, 2023]*
                MICHAEL S. WARDA
                Attorneys for Defendants
                TRENT CALVERT, MISTIE CALVERT,
                ROBBIE CALVERT, and G.C., a minor

Dated:  September 29, 2023

                SWEET JAMES, LLP

                By      */s/ Matthew L. Bremont*
                *[as authorized on September 29, 2023]*
                MATTHEW L. BREMONT
                Attorneys for Defendant
                A.S., a minor

# ORDER

The Court, having reviewed and considered the Parties' Stipulation to allow Plaintiffs to file a First Amended Complaint (Doc. 38), and for good cause shown, **ORDERS** the following:

1. Plaintiffs SHALL file, as a new and separate filing, the complaint that is attached as Exhibit A to the Stipulation as the First Amended Complaint within seven (7) days of this Order.

2. Defendants SHALL file their responses within twenty-one (21) days of the date that Plaintiffs file their First Amended Complaint.

3. The Mandatory Scheduling Conference is **CONTINUED to November 21, 2023, at 9:30 AM before Magistrate Judge Sheila K. Oberto.** The parties shall file their joint scheduling report by no later than seven (7) days prior to the Conference.

IT IS SO ORDERED.

Dated: __October 2, 2023__           /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE