**SWEET JAMES, LLP**
Matthew L. Bremont, Esq. (SBN 311957)
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660
Tel:   (949) 644-1000
Fax:  (949) 644-1005
matthewb@sweetjames.com
mlb-service@sweetjames.com
Attorneys for Defendant,
A.S., a minor by and through guardian ad litem, T.S.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>TRENT CALVERT, an individual; MISTIE CALVERT, an individual; ROBBIE CALVERT, an individual, G.C., a minor, and A.S., a minor,<br><br>Defendants. | CASE NO.: 1:23-cv-00269-JLT-SKO<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT; ORDER** |

## **STIPULATION**

Plaintiffs GENERAL INSURANCE COMPANY OF AMERICA and SAFECO INSURANCE COMPANY OF AMERICA, and Defendant A.S., a minor, by and through her guardian ad litem, T.S., by and through their respective attorneys of record, hereby stipulate to set

aside the Default entered in the above-referenced matter on November 6, 2023 (Doc. 46), against Defendant A.S., based upon the following conditions:

1. Defendant A.S. must file her Answer within two court days after the Court signs the Order setting aside the entry of default.

2. If Defendant A.S. does not file her Answer within two court days after the Court signs the Order setting aside the entry of default, A.S. agrees that the Court shall take her Default and enter a Default Judgment against her.

DATED: November 9, 2023                                   **SWEET JAMES, LLP**

BY: *Matthew Bremont*
Matthew L. Bremont, Esq.
Attorney for Defendant
A.S., a minor

DATED: November 8, 2023                                   **SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

BY: */s/ Mary E. Gregory*
Mary Gregory, Esq. Attorney for Plaintiffs,
GENERAL INSURANCE COMPANY OF AMERICA and SAFECO INSURANCE COMPANY OF AMERICA

2

**ORDER**

The Court has reviewed the parties' stipulation (Doc. 47) to set aside entry of default (Doc. 46) against Defendant A.S., and good cause appearing,

1. The default entered against Defendant A.S. on November 6, 2023, (Doc. 46), is set aside.

2. Defendant A.S. shall file her Answer to Plaintiffs' First Amended Complaint (Doc. 40) within two (2) court days from the date of this Order.

3. If Defendant A.S. does not file her Answer within two court days from the date of this Order, the Court shall take A.S.' default and enter a Default Judgment against her.

IT IS SO ORDERED.

Dated:   **November 13, 2023**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE