SCOTT SVESLOSKY, Cal. Bar No. 217660
MARY E. GREGORY, Cal. Bar No. 210247
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:     213.620.1398
Email:           ffalzetta@sheppardmullin.com
                    ssveslosky@sheppardmullin.com
                    mgregory@sheppardmullin.com

Attorneys for Plaintiffs
GENERAL INSURANCE COMPANY OF
AMERICA and SAFECO INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TRENT CALVERT, an individual, MISTIE CALVERT, an individual, ROBBIE CALVERT, an individual, G.C., a minor, and A.S., a minor,<br><br>　　　　　Defendants. | Case No. 1:23-CV-00269-KJM-SKO<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER TO CONTINUE TRIAL AND PRETRIAL DATES**<br><br>Complaint Filed:　February 22, 2023<br>Trial Date:　　　　March 11, 2025<br>Pre-Trial Conf.:　　January 15, 2025 |

Plaintiffs, General Insurance Company of America ("General Insurance") and Safeco Insurance Company of America ("Safeco") (collectively "Plaintiffs") and Defendants Trent Calvert, Mistie Calvert, Robbie Calvert and G.C., a minor (collectively "the Calverts") and A.S., a minor, through their respective counsel, enter into the following stipulation for an Order modifying the current Scheduling Order by continuing the remaining pre-trial dates for approximately 180 days to allow the Court sufficient time to rule on Plaintiffs' pending Motion for Summary Judgment before the Parties must start preparing for trial and attending trial. Continuing the remaining pre-trial dates will increase judicial efficiency, avoid unnecessary expenses, and alleviate potential burdens to the Court and the Parties.

## I.  RECITALS

**WHEREAS**:

1. General Insurance issued a homeowners policy to Mistie Calvert and Robbie Calvert for property they own in Dos Palos, California (the "General Insurance Policy"). Trent Calvert and G.C. are insureds under the General Insurance Policy.

2. Safeco Insurance Company of America issued an umbrella policy to Mistie Calvert and Robbie Calvert (the "Safeco Policy"). Trent Calvert and G.C. are insureds under the Safeco Policy.

3. On June 3, 2022, A.S. filed a lawsuit entitled *A.S., a minor, by and through her guardian ad litem, T.S., v. Trent Calvert, et al.*, in the Superior Court for the State of California, County of Merced, Case No. 22CV-01569 against the Calverts (the "Underlying Action"). In her Complaint, A.S. asserted claims arising out of personal injuries that she allegedly sustained while at the Calverts' home.

4. The Calverts tendered their defense of the Underlying Action to Plaintiffs under their respective Policies. In response, Plaintiffs declined to defend Trent Calvert. General Insurance agreed to defend Mistie and Robbie Calvert and G.C. in the Underlying Action, subject to a full and complete reservation of rights. Safeco declined to defend

1   Mistie and Robbie Calvert and G.C.

2        5.     On February 22, 2023, Plaintiffs filed their Complaint commencing this
3   Declaratory Relief Action.  In the Complaint, Plaintiffs seek, among other things, a ruling
4   that they have no duty to defend or indemnify the Calverts against A.S.' claims in the
5   Underlying Action.  General Insurance also seeks reimbursement or restitution from Mistie
6   and Robbie Calvert and G.C. for all attorneys' fees, disbursements and other costs it has
7   paid to defend them in the Underlying Action.

8        6.     On October 2, 2023 Plaintiffs filed a First Amended Complaint ("FAC").
9   (ECF 40).

10       7.     On October 27, 2023, the Calverts filed their Answers to Plaintiffs' FAC.
11  (ECF 41, 42, 43 and 44).

12       8.     On November 14, 2023, A.S. filed her Answer to Plaintiffs' FAC.  (ECF 49).

13       9.     On November 14, 2023, the Parties submitted their Joint Scheduling Report.
14  (ECF 50).

15       10.     On November 21, 2023, Magistrate Judge Sheila K. Oberto issued the
16  Scheduling Order in this matter.  (ECF 52).  Judge Oberto scheduled a March 11, 2025
17  Trial Date, a January 15, 2025 Pre-Trial Conference, and a December 13, 2024 deadline to
18  provide proposed settlement conference dates.

19       11.     On November 28, 2023, the Honorable Jennifer L. Thurston issued a Minute
20  Order that continued the Pretrial Conference to January 21, 2025.  (ECF 53).

21       12.     On January 9, 2024, Plaintiffs filed their Motion for Summary Judgment
22  against all Defendants (ECF 57), and scheduled a hearing date of February 20, 2024.

23       13.     Defendants did not file oppositions to Plaintiffs' Motion for Summary
24  Judgment.

25       14.     On January 12, 2024, 2024, Judge Thurston issued a Minute Order in which
26  she vacated the hearing date on Plaintiffs' Motion Summary Judgment.  (ECF 58).

27       15.     On October 11, 2024, Chief Judge Troy L. Nunley reassigned this matter to
28  this Court.  (ECF 59).  The Court has not vacated the current remaining pretrial and trial

dates, nor has it issued a ruling on Plaintiffs' pending Motion for Summary Judgment.

16. Due to the pending Motion for Summary Judgment, the Parties agree that it is beneficial to continue the remaining pretrial and trial dates for 180 dates so that the Court has sufficient time to review Plaintiffs' Motion and issue its ruling.  A continuance will conserve both the Parties' and the Court's resources.

17. This is the Parties' first request for a continuance.

## II.    STIPULATION

THEREFORE, the Parties, by and through their attorneys of record, hereby agree and stipulate to an order from the Court extending the following dates:

- Deadline to Provide Proposed Settlement Conference Dates:  
  June 11, 2025  
  (current deadline is December 13, 2024)
- Pretrial Conference:  July 15, 2025  
  (current date is January 21, 2025)
- Trial:  September 9, 2025  
  (current date is March 11, 2025)

**IT IS SO STIPULATED.**

Dated:  November 13, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Mary E. Gregory*  
SCOTT SVESLOSKY  
MARY E. GREGORY  
Attorneys for Plaintiffs  
GENERAL INS. CO. OF AMERICA and  
SAFECO INS. CO. OF AMERICA

[signatures continued on next page]

Dated:  November 13, 2024

MICHAEL S. WARDA, APLC

By  */s/ Michael S. Warda*
  *[as authorized on November 13, 2024]*
  MICHAEL S. WARDA
  Attorneys for Defendants
  TRENT CALVERT, MISTIE CALVERT,
  ROBBIE CALVERT, and G.C., a minor

Dated:  November 14, 2024

SWEET JAMES, LLP

By  */s/ Matthew L. Bremont*
  *[as authorized on November 14, 2024]*
  MATTHEW L. BREMONT
  Attorneys for Defendant
  A.S., a minor

**ORDER**

Having considered the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the deadline to provide settlement conference, pretrial conference, and trial dates are VACATED, to be reset as necessary in a later order.

**IT IS SO ORDERED.**

DATED: December 6, 2024.

_____
UNITED STATES DISTRICT JUDGE